**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**
www.flsb.uscourts.gov

In re:                                              Case No: 14-22745-RBR
                                                    Chapter 7

Daniel A.  Blanco,


_____Debtor._____/


**MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL**
**PROPERTY HELD BY VILLAS AT CORAL HEIGHTS HOMEOWNERS**
**ASSOCIATION, INC.**
**[LIEN FOR HOA FEES ON HOMESTEAD LOCATED 3921 CORAL HEIGHTS WAY 1003, OAKLAND PARK FL 33308]**

1.  Pursuant to 11 U.S.C. §506(d), Bankruptcy Rule 3012, and the holding in McNeal
    v GMAC Mortgage LLC, 2012 WL 1649853(11ith Cir. May 11, 2012) which
    permits the lien-stripping of a wholly unsecured junior lien or second mortgage in
    a chapter 7, the debtor seeks to value real property securing the claim of  Villas
    at Coral Heights Homeowners Association, Inc. ( "Villas").   Villas holds a lien
    recorded on April 19, 2007 at OR Book  48474    Page  1911, of the Official
    Records of Broward County, Florida.


2.  The real property is located at **3921 Coral Heights Way 1003, Oakland Park**
    **FL, 33308**, and is more particularly described as follows:

                    SEE EXHIBIT "A" ATTACHED

3.  At the time of the filing of this case, the value of the real property is $ 303,160.00
    as determined by ___Broward County Property Appraiser_____.  (A copy of the
    valuation is attached and referred to herein as exhibit "B")

4.  Nationstar Mortgage, holds a first mortgage on the real property, senior in priority
    to Villas, securing claims in the aggregate amount of $437,183.37.

5.   Villa's collateral consists solely of the debtor's principal residence.  As
    there is no equity in the real property after payment in full of the claims secured
    by liens senior to that of Villa, the value of Villa's secured interest in the real
    property is $0.00.

6.  Villa has not filed a proof of claim in this case. In the event a proof of claim is
    timely filed, it shall be classified as a general unsecured claim, regardless of the
    original  classification in the proof of claim as filed.

**WHEREFORE,** the debtor respectfully requests an order of the Court  (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Villa's secured interest in the real property is determined to be $0, deeming Villa's lien on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtors' discharge in this chapter 7 case, and (e) providing such other and further relief as is just.

**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave. Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (fax.)
Chad@cvhlawgroup.com

By: **/s/ Chad T. Van Horn**
Chad T. Van Horn, Esq.
Florida Bar No. 64500

EXHIBIT "A"

## LEGAL DESCRIPTION

A PORTION OF PARCEL "A" "SOIGNE PLAT", ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 76, AT PAGE 10, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF PARCEL "A"; THENCE NORTH 01° 47' 20" WEST, ALONG A PORTION OF THE WEST BOUNDARY OF SAID PARCEL "A", A DISTANCE OF 68.95 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE NORTH 01° 47' 20" WEST, ALONG THE LAST DESCRIBED COURSE, A DISTANCE OF 25.33 FEET; THENCE NORTH 88° 04' 30" EAST, A DISTANCE OF 64.74 FEET; THENCE SOUTH 01° 55' 30" EAST, A DISTANCE OF 25.33 FEET; THENCE SOUTH 88° 04' 30" WEST, A DISTANCE OF 64.80 FEET TO THE POINT OF BEGINNING.




| Site Address | 3921 CORAL HEIGHTS WAY 1003, OAKLAND PARK | ID # | 4942 24 21 0600 |
|---|---|---|---|
| Property Owner | BLANCO,DANIEL KUOCHIANG,WILLIAM L ETAL | Millage | 1712 |
| Mailing Address | 5012 SPYGLASS DR PANAMA CITY FL 32408-6916 | Use | 01 |

| Abbreviated Legal Description | SOIGNE PLAT 76-10 B A PORTION OF PARCEL A DESC AS: COMM SW COR PAR A;NW 68.95 TO POB CONT NW 25.33;E 64.74;SE 25.33;W 64.80 TO POB AKA: LOT 1003 VILLAS AT CORAL HEIGHTS |
|---|---|

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

### Property Assessment Values
**Click here to see 2013 Exemptions and Taxable Values to be reflected on the Nov. 1, 2013 tax bill.**

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2014 | $49,230 | $253,930 | $303,160 | $256,720 | |
| 2013 | $49,230 | $196,980 | $246,210 | $233,390 | $5,771.53 |
| 2012 | $49,230 | $162,950 | $212,180 | $212,180 | $5,219.23 |

**IMPORTANT:** The 2014 values currently shown are "roll over" values from 2013. These numbers will change frequently online as we make various adjustments until they are finalized on June 1. Please check back here AFTER June 1, 2014, to see the actual proposed 2014 assessments and portability values.

### 2014 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $303,160 | $303,160 | $303,160 | $303,160 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $256,720 | $303,160 | $256,720 | $256,720 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $256,720 | $303,160 | $256,720 | $256,720 |

| Sales History | | | |
|---|---|---|---|
| Date | Type | Price | Book/Page or CIN |
| 7/15/2006 | QCD | $100 | 42441 / 1858 |
| 2/24/2006 | WD | $525,000 | 41654 / 806 |
| 1/5/2006 | SWD | $404,000 | 41643 / 648 |
| | | | |

| Land Calculations | | |
|---|---|---|
| Price | Factor | Type |
| $30.00 | 1,641 | SF |
| | | |
| | | |
| | | |
| Adj. Bldg. S.F. (See Sketch) | | 2315 |
| Units | | 1 |

## Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|------|------|-------|-------|------|------|-------|-------|------|
| 17   | K    |       |       |      |      | OP    |       |      |
| R    | 1    |       |       |      |      |       |       |      |
| 1    |      |       |       |      |      | 1     |       |      |