

ORDERED in the Southern District of Florida on August 20, 2014.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

**Daniel A. Blanco**,

        Debtor.

_____/

CASE NO.: 14-bk-22745-RBR

CHAPTER    7

### ORDER DENYING DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN OF VILLAS AT CORAL HEIGHTS HOMEOWNERS ASSOCIATION, INC. ON REAL PROPERTY [Doc. 15]

THIS CAUSE came on before the Court for hearing on August 13, 2014 upon Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 15; the "Motion"). After hearing argument of counsel for Debtor, Daniel A. Blanco (the "Debtor"), and counsel for Villas at Coral Heights Homeowners Association, Inc. (the "Creditor"), and having reviewed the relevant documents related to this matter, the *Motion to Value and Determine Secured Status of Lien on Real Property* located at 3921 Coral Heights Way, Oakland Park, Florida 33308, it is

*28758-002*

hereby,

**ORDERED** that the Debtor's Motion to Value and Determine Secured Status of Lien on Real Property (DE15) is DENIED.

###

Submitted by:

Tennille M. Shipwash, Esq
Florida Bar No. 617431.
Katzman Garfinkel
5297 West Copans Road
Margate, FL  33063
Telephone: (954) 486-7774
Facsimile: (954) 486-7782


The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

*28758-002*